## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC., <br> 2200 Wilson Blvd, Suite 102-13 <br> Arlington, VA 22201, <br><br>                Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br> 400 Maryland Avenue, SW, <br> Washington, D.C. 20202, <br><br>                Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 16-cv-2154 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1, Students for Fair Admissions, Inc. ("SFFA") certifies the following. SFFA is a non-profit corporation organized under the laws of Virginia. SFFA has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

By: /s/ J. Michael Connolly

J. Michael Connolly
D.C. Bar No. 995815
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, VA 22201
Tel: (703) 243-9423
Email: mike@consovoymccarthy.com

*Counsel for Plaintiff Students for Fair Admissions, Inc.*

Dated: October 27, 2016