UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Students for Fair Admissions, Inc. )
)
*Plaintiff* )
)
v. ) Civil Action No. 16-cv-02154-TSC
)
U.S. Department of Education )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Michael Connolly
Consovoy McCarthy Park PLLC
3033 Wilson Ave., Suite 700
Arlington, VA 22201

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   10/28/2016         /s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Students for Fair Admissions, Inc. )
　　　　　　*Plaintiff* )
　　　　　　 )
　　v. )　Civil Action No. 16-cv-02154-TSC
U.S. Department of Education )
　　　　　　*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney for the District of Columbia
　　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　J. Michael Connolly
　　Consovoy McCarthy Park PLLC
　　3033 Wilson Ave., Suite 700
　　Arlington, VA 22201

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  10/28/2016　　　　　　　　　　　　　　　　　　　/s/ Simone Bledsoe
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Students for Fair Admissions, Inc.  )
    *Plaintiff*                      )
                                     )
v.                                   )   Civil Action No. 16-cv-02154-TSC
U.S. Department of Education         )
    *Defendant*                      )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   U.S. Department of Education
                                         400 Maryland Avenue, SW
                                         Washington, D.C. 20202

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   J. Michael Connolly
   Consovoy McCarthy Park PLLC
   3033 Wilson Ave., Suite 700
   Arlington, VA 22201

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  10/28/2016            /s/ Simone Bledsoe
                             *Signature of Clerk or Deputy Clerk*