CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Students for Fair Admissions, Inc.
        Plaintiff(s)

vs.                                                                                   Civil Action No. 16-cv-2154

U.S. Department of Education
        Defendant(s)

### AFFIDAVIT OF MAILING

I, John Michael Connolly, hereby state that:

On the 28th day of October, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## U.S. Attorney for the District of Columbia

I have received the receipt for the certified mail, No. 7016 2070 0000 1347 3344 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 1st day of November, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

November 1, 2016                                          /s/ John Michael Connolly
        (Date)                                                              (Signature)

English        Customer Service        USPS Mobile                                                    Register / Sign In


# USPS.COM®

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70162070000013473344

## Product & Tracking Information

**Postal Product:**          **Features:**
First-Class Mail®            Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 1, 2016, 5:19 am** | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:19 am on November 1, 2016 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| October 31, 2016, 11:04 am | Available for Pickup | WASHINGTON, DC 20530 |
| October 31, 2016, 6:55 am | Arrived at Unit | WASHINGTON, DC 20018 |
| October 30, 2016, 5:13 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| October 28, 2016, 5:03 pm | Departed Post Office | ARLINGTON, VA 22201 |
| October 28, 2016, 4:54 pm | Acceptance | ARLINGTON, VA 22201 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[                    ]   Track It

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530   OFFICIAL USE

Certified Mail Fee   $3.30
$                    $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage                             $1.57
$                                              10/28/2016
Total Postage and Fees
$                    $4.87
Sent To  U.S. Attorney for District of Columbia
Street and Apt. No., or PO Box No.
555 4th St NW
City, State, ZIP+4®
Washington   DC   20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**HELPFUL LINKS**     **ON ABOUT.USPS.COM**      **OTHER USPS**
Contact Us            About USPS Home             Business Customer
Site Index            Newsroom                    Postal Inspectors
FAQs                  USPS Service Updates        Inspector General
                      Forms & Publications        Postal Explorer
                      Government Services         National Postal
                      Careers                     Resources for

Copyright © 2016 USPS. All Rights Reserved.