CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Students for Fair Admissions, Inc.
    Plaintiff(s)

Civil Action No. 16-cv-2154

vs.

U.S. Department of Education
    Defendant(s)

### AFFIDAVIT OF MAILING

I, John Michael Connolly, hereby state that:

On the 28th day of October, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General for the United States, U.S. Department of Justice

I have received the receipt for the certified mail, No. 7016 2070 0000 1347 3368 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 1st day of November, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

November 1, 2016
(Date)

/s/ John Michael Connolly
(Signature)

English   Customer Service   USPS Mobile   Register / Sign In

USPS.COM®

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70162070000013473368

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 1, 2016, 5:19 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:19 am on November 1, 2016 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| October 31, 2016, 11:04 am | Available for Pickup | WASHINGTON, DC 20530 |
| October 31, 2016, 6:55 am | Arrived at Unit | WASHINGTON, DC 20018 |
| October 30, 2016, 5:13 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| October 28, 2016, 5:03 pm | Departed Post Office | ARLINGTON, VA 22201 |
| October 28, 2016, 4:54 pm | Acceptance | ARLINGTON, VA 22201 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

Track It



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS**
Business Cu...
Postal Inspe...
Inspector Ge...
Postal Explor...
National Post...
Resources for...

Copyright © 2016 USPS. All Rights Reserved.
https://tools.usps.com/go/TrackConfirmAction?tLabels=70162070000013473368   1/2