CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Students for Fair Admissions, Inc.
    Plaintiff(s)

vs.

Civil Action No. 16-cv-2154

U.S. Department of Education
    Defendant(s)

### AFFIDAVIT OF MAILING

I, John Michael Connolly, hereby state that:

On the 28th day of October, 2016, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## U.S. Department of Education

I have received the receipt for the certified mail, No. 7016 2070 0000 1347 3351 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 31st day of October, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

November 1, 2016                    /s/ John Michael Connolly
(Date)                              (Signature)

English    Customer Service    USPS Mobile                              Register / Sign In



# USPS Tracking®

Still Have Questions?
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70162070000013473351

On Time
Updated Delivery Day: Monday, October 31, 2016

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 31, 2016 , 9:48 am | Delivered, To Agent | WASHINGTON, DC 20202 |

Your item has been delivered to an agent at 9:48 am on October 31, 2016 in WASHINGTON, DC 20202.

| | | |
|---|---|---|
| October 31, 2016 , 6:48 am | Arrived at Unit | WASHINGTON, DC 20018 |
| October 30, 2016 , 5:13 am | Arrived at USPS Facility | WASHINGTON, DC 20018 |
| October 28, 2016 , 5:03 pm | Departed Post Office | ARLINGTON, VA 22201 |
| October 28, 2016 , 4:54 pm | Acceptance | ARLINGTON, VA 22201 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[ Track It ]

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20202
OFFICIAL USE
Certified Mail Fee  $3.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $
Postage  $1.57
Total Postage and Fees  $4.87

Postmark Here  10/28/2016

Sent To U.S. Dept of Education
Street and Apt. No., or PO Box No. 400 Maryland Ave SW
City, State, ZIP+4 Washington DC 20202

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

HELPFUL LINKS — Contact Us, Site Index, FAQs
ON ABOUT.USPS.COM — About USPS Home, Newsroom, USPS Service Updates, Forms & Publications, Government Services, Careers
OTHER USPS — Business Customer, Postal Inspectors, Inspector General, Postal Explorer, National Postal Museum, Resources for...

Copyright © 2016 USPS. All Rights Reserved.