UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENT FOR FAIR ADMISSIONS<br>2200 Wilson Blvd, Suite 102-13<br>Arlington, VA 22201,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION<br>400 Maryland Avenue, SW,<br>Washington, D.C. 20202<br><br>    *Defendant*. | Civil Action No. 16-2154 |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel Patrick Schaefer as counsel of record for Defendant in the above-captioned case.

December 1, 2016                                       Respectfully submitted,


                                                       */s/ Daniel P. Schaefer*
                                                       DANIEL P. SCHAEFER
                                                       D.C. BAR 996871
                                                       Assistant United States Attorney
                                                       555 4th Street, N.W.
                                                       Washington, D.C. 20530
                                                       (202) 252-2531
                                                       Daniel.Schaefer@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2016, I served the foregoing Notice of Appearance upon Plaintiff's attorney by this Court's Electronic Case Filing System (ECF).

                                             */s/ Daniel P. Schaefer*
                                             Daniel P. Schaefer