UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 16-2154 (TSC) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

　　　　Defendant, U.S. Department of Education (the "Department"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time to answer or otherwise respond to Plaintiff's Complaint.  This is Defendant's first request for additional time, and granting this Motion will not impact any other pending deadlines or schedule in this case.  Plaintiff, through counsel, consents to the relief being sought in this Motion.

　　　　Plaintiff, Students for Fair Admissions, Inc., filed a complaint against the Department under the Freedom of Information Act, 5 U.S.C. § 552, et seq., seeking documents concerning an investigation by the Department of Princeton University (the "University").

　　　　Based on the date of service of the summons and complaint on the U.S. Attorney's Office, Defendant's response is currently due on December 1, 2016.  Defendant requests that the deadline be extended by 60 days until January 30, 2017.  The Department has completed its search for records responsive to Plaintiff's request.  In the course of that search, however, the Department determined that the University marked over 700 pages of responsive records as containing confidential commercial information that Princeton believes is exempt from release

under FOIA Exemption 4 (5 U.S.C. 552(b)(4)).  Therefore, consistent with the Department's obligations under Executive Order 12600 and the Department's standard practice,[1] the Department will provide the University an opportunity to explain the basis for their proposed withholdings under Exemption 4.  The Department has notified undersigned counsel that it will send to the University a letter today, notifying the University that it has ten business days to respond (i.e., by no later than December 13).  Upon receiving a response from the University, the Department will review the University's submissions and make a final determination on the applicability of Exemption 4.  Defendant anticipates that process can be completed by mid-January.

With regard to the remainder of the request, the Department has completed its search and identified 900 pages of responsive material (in addition to the 700 pages of responsive records described above for a total of about 1,600 pages).  The Department is currently reviewing the remainder of responsive records for potential release under FOIA and to determine whether any exemptions apply.  The Department currently anticipates that it can complete its review by the end of the year and that it can release the records in early January.  Accordingly, Defendant respectfully requests that the Court extend the time for it to file its initial response to the complaint until January 30, 2017, to provide the Department the additional time it requires to complete processing and responding to Plaintiff's FOIA request that is the subject of the complaint.

December 1, 2016                                    Respectfully submitted,

                                                    CHANNING D. PHILLIPS
                                                    D.C. Bar 415793

---

[1] The provisions of Executive Order 12600 of June 23, 1987, appear at 52 FR 23781, 3 CFR, 1987 Comp., p. 235.

        United States Attorney

        DANIEL F. VAN HORN
        D.C. BAR 924092
        Chief, Civil Division

By:   */s/ Daniel P. Schaefer*
        DANIEL P. SCHAEFER
        D.C. BAR 996871
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2531
        E-mail: Daniel.Schaefer@usdoj.gov