**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STUDENTS FOR FAIR ADMISSIONS, INC.

   Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION,

   Defendant.

Civil Action No. 16-2154 (TSC)

**[PROPOSED] ORDER**

   Upon consideration of Defendant's Consent Motion for Extension of Time and the entire record herein, it is this _____ day of _____, 2016,

   **ORDERED** that Defendant's Motion for Extension of Time be and is hereby **GRANTED**; and it is

   **FURTHER ORDERED** that Defendant shall have until January 30, 2017 to respond to Plaintiff's Complaint.

   **SO ORDERED**.

_____        _____
Date                     Tanya S. Chutkan
                       United States District Judge

**Copies to:**

Counsel for the parties via ECF