UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC. *Plaintiff*, v. U.S. DEPARTMENT OF EDUCATION, *Defendant*. | Civil Action No. 16-2154 (TSC) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, U.S. Department of Education (the "Department"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time to answer or otherwise respond to Plaintiff's complaint under FOIA. This is Defendant's second request for additional time. Plaintiff, through counsel, consents to the relief being sought in this Motion.

On December 2, 2016, this Court issued a minute order granting the Department's motion to extend the deadline for the Department to file an answer to the complaint from December 1, 2016 to January 30, 2017. Defendant requests a second 60-day extension, i.e., until March 31, 2017, to file a response to the complaint. Defendant requests the further extension so that the Department can continue processing records for potential release under FOIA.

This case relates to a FOIA request that Plaintiff submitted to Defendant seeking documents concerning an investigation by the Department of Princeton University (the "University"). In connection with this litigation, the Department released to Plaintiff 868 pages of responsive material on December 22, 2016. There remains, however, 861 pages that need to be reviewed and processed for release. The Department requests 45 days to finish processing the

documents, in light of the Department's obligation under Executive Order 12600 to provide the University with advance notice of any release of information that the University designated as confidential commercial information that the University believes should be withheld under FOIA Exemption 4.  Based on the progress that the Department has made to date, the Department is confident that this work can be completed by March 16, 2017 and that no further extensions will be needed to produce the remaining 861 pages under review.  Granting the extension to allow Defendant to finish processing the documents for release will help move the case closer to resolution.  The Department is also factoring into this request two additional weeks for Plaintiff to review the responsive materials and for the parties to confer as to whether there are any issues that remain to be litigated.

Accordingly, Defendant respectfully requests that the Court extend the time for it to file its initial response to the complaint until March 31, 2017, to provide the Department the additional time it requires to complete processing and responding to Plaintiff's FOIA request that is the subject of the complaint.

January 30, 2017                                        Respectfully submitted,

                                                        CHANNING D. PHILLIPS
                                                        D.C. Bar 415793
                                                        United States Attorney

                                                        DANIEL F. VAN HORN
                                                        D.C. BAR 924092
                                                        Chief, Civil Division

                                        By:     /s/ Daniel P. Schaefer
                                                        DANIEL P. SCHAEFER
                                                        D.C. BAR 996871
                                                        Assistant United States Attorney
                                                        555 4th Street, N.W.
                                                        Washington, D.C. 20530

Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov