# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STUDENTS FOR FAIR ADMISSIONS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 16-2154 (TSC) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time and the entire record herein, it is this _____ day of _____, 2017,

**ORDERED** that Defendant's Motion for Extension of Time be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until March 31, 2017 to respond to Plaintiff's Complaint.

**SO ORDERED**.

_____          _____
Date                                                    Tanya S. Chutkan
                                                            United States District Judge


**Copies to:**

Counsel for the parties via ECF