## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STUDENTS FOR FAIR ADMISSIONS, INC.

      *Plaintiff*,

v.

U.S. DEPARTMENT OF EDUCATION,

      *Defendant*.

Civil Action No. 16-2154 (TSC)

### [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion to Stay Proceedings, and for good cause shown, the parties' motion is hereby **GRANTED**.  Proceedings in the above-captioned case are hereby **STAYED** pending resolution of the complaint filed in *Trustees of Princeton University v. U.S. Department of Education*, Case No. 17-485 (D.D.C.) (TSC) seeking to enjoin the disclosure of the materials identified in Plaintiff SFFA's FOIA request that is at issue in this action.

      **SO ORDERED**.

_____
Date

_____
Tanya S. Chutkan
United States District Judge