IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, U.S. DEPARTMENT OF EDUCATION, OFFICE FOR CIVIL RIGHTS,<br><br>      Defendants,<br><br>and<br><br>STUDENTS FOR FAIR ADMISSIONS, INC.,<br><br>      Defendant-Intervenor. | Case No. 1:17-cv-00485 (TSC) |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Please take notice that by this filing, undersigned attorney Kevin M. Snell of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance as lead counsel on behalf of Defendants in the above-captioned case.

By this filing, Mr. Snell's appearance also substitutes for the appearance of Daniel Schaefer as counsel of record for Defendants.

Dated: July 17, 2017      Respectfully submitted,

                                        CHAD A. READLER
                                      Acting Assistant Attorney General

                                        MARCIA BERMAN
                                        Assistant Branch Director, Federal Programs Branch

        /s/ Kevin M. Snell
        KEVIN M. SNELL
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue N.W., Room 6108
        Washington, D.C.  20530
        Tel.: (202) 305-0924
        Fax: (202) 616-8460
        E-mail:  Kevin.Snell@usdoj.gov

*Attorneys for Defendants*