UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STUDENTS FOR FAIR ADMISSIONS, INC. et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION**,<br><br>Defendant. | Civil Action No. 16-cv-2154 (TSC) |

## ORDER OF DISMISSAL

In light of the Joint Stipulation of Dismissal filed by the parties (ECF No. 12), this Administrative Dismissal in this action is hereby converted to a dismissal without prejudice. Each party to bear its own costs.

Date:  December 11, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge